## Commonwealth *v.* Johnson, Appellant.

Submitted March 22, 1971. *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant was convicted of prison breach and is appealing from judgment of sentence. This case raises a question identical in all relevant respects with the appeal in *Commonwealth v. Bartol,* 218 Pa. Superior Ct. 191, 279 A. 2d 771 (1971).

As was the case in *Bartol,* we believe that appellant has not received effective representation on appeal. We thus remand the record to the lower court with directions to require counsel to follow the correct procedures to assure appellant effective representation by counsel.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 8, 1971. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.